396 P.3d 1154

**STATE of Hawai'i, Plaintiff-Appellee,**

v.

**John LANOZA, Defendant-Appellant**

**NO. CAAP-14-0001393**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i, June 28, 2017.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT (CR. NO. 12-1-1116)

MEMORANDUM OPINION

Affirm.